UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD SAMUEL MATTOX #186106,

    Petitioner,

v.

BARRY DAVIS,

    Respondent.

File No. 1:05-CV-173

HON. ROBERT HOLMES BELL

## ORDER AND JUDGMENT

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Petitioner's objections to the Report and Recommendation (Dkt. No. 71) are **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Dkt. No. 64) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner Todd Samuel Mattox's petition under 28 U.S.C. § 2254 for writ of habeas corpus by a person in state custody (Dkt. No. 2) is **DENIED** on the merits.

Date:    March 17, 2008        /s/ Robert Holmes Bell
                                                          ROBERT HOLMES BELL
                                                          CHIEF UNITED STATES DISTRICT JUDGE